EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
ELIZABETH R. YANG (Cal. SBN: 196461)
Assistant United States Attorney
Chief, Violent & Organized Crime Section
ANDREW L. CREIGHTON (Maryland State Bar Member)
Trial Attorney, Criminal Division
U.S. Department of Justice
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-1785/(202) 531-9339
    Facsimile: (213) 894-3713
    E-mail:   Andrew.Creighton@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>LEON LANN,<br>  aka "Leonid Kaplan,"<br><br>    Defendant. | CR No. 97-1219-UA<br><br>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER UNSEALING INDICTMENT; DECLARATION OF ANDREW L. CREIGHTON |

The government hereby applies ex parte for an order unsealing the Indictment in the above-titled case. The Court has previously ordered that the document be kept under seal until such time as the government moves to unseal it.

///

///

///

///

Because defendant is aware of the Indictment, the Indictment should be unsealed. This ex parte application is based on the attached declaration of Andrew L. Creighton.

DATED: December 18, 2015          Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

ELIZABETH R. YANG
Assistant United States Attorney
Chief, Violent and Organized
Crime Section


_____/s/_____
ANDREW L. CREIGHTON
Trial Attorney
Criminal Division
U.S. Department of Justice

DECLARATION OF ANDREW L. CREIGHTON

I, Andrew L. Creighton, declare as follows:

1. I am a trial attorney in the Criminal Division of the United States Department of Justice. I represent the government in the prosecution of United States v. Leon Lann, CR No. 97-1219-UA. The Indictment in this case was filed on or about December 16, 1997, charging defendant Lann with engaging in financial transactions in criminally derived proceeds, in violation of Title 18, United States Code, Sections 1957 and 2.

2. Defendant Lann is aware of the Indictment, there is at present no other reason for keeping the Indictment sealed, and the Indictment should therefore be unsealed.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED: December 18, 2015

 _____/s/_____
 ANDREW L. CREIGHTON